**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

In re:

PAWTUXET VALLEY PRESCRIPTION & SURGICAL CENTER, INC.,
Debtor.

Bk. No. 07 - 11767
(Chapter 11)

CA 07 390 S

**NOTICE OF APPEAL**

Notice is hereby given that Bank Rhode Island, pursuant to 28 U.S.C. §158(a)(1) and in accordance with Federal Rules of Bankruptcy Procedure 8001 and 8002, hereby appeals to the United States District Court for the District of Rhode Island from the Order Allowing Use of Cash Collateral entered by the U.S. Bankruptcy Court for the District of Rhode Island on October 5, 2007.

BANK RHODE ISLAND
By its Attorneys,

/s/ Denean M. Russo
Robert D. Wieck, Esq. #1739
Attorney Denean M. Russo #5043
MacAdams Wieck DeLuca & Gemma Inc.
101 Dyer Street, Suite 400
Providence, Rhode Island 02903
(401) 454-8700
Dated: October 15, 2007

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within Notice of Appeal was served by electronic mail through the Bankruptcy Court's Electronic Case Filing system on the 15th day of October, 2007, to the following counsel:

Andrew S. Richardson, Esq.
Steven J. Boyajian, Esq.
Boyajian Harrington & Richardson
andy@bhrlaw.com
steve@bhrlaw.com

Leonard J. DePasquale, Esq.
Assistant United States Trustee
ustpregion01.pr.ecf@usdoj.gov

Joseph P. Ferrucci, Esq.
Ferrucci Russo P.C.
jferrucci@frlawri.com

I hereby certify that on this 15th day of October 2007, a true copy of the within Notice of Appeal was forwarded via first class mail, postage prepaid, to the following:

Carol Ann Slocum
Klehr Harrison Harvey Branzburg & Ellers
457 Haddonfield Road Suite 510
Cherry Hill, NJ 08002-2220

/s/ Denean M. Russo

G:\Bank Rhode Island\Pawtuxet Valley Prescription & Surgical Center, Inc\Bankruptcy Pleadings\Notice of Appeal - Cash Collateral Order 101007.doc