**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re:<br><br>PAWTUXET VALLEY PRESCRIPTION & SURGICAL CENTER, INC.,<br>Debtor. | Bk. No. 07 - 11767<br>(Chapter 11) |

CA 07 390 S

**APPELLANT'S ELECTION FORM**

Secured creditor, Bank Rhode Island ("Bank"), has filed a Notice of Appeal from the Order Allowing Use of Cash Collateral entered by the U.S. Bankruptcy Court for the District of Rhode Island on October 5, 2007.

The Bank hereby elects to opt out of the Bankruptcy Appellate Panel for the First Circuit and requests that this appeal be heard by the United States District Court for the District of Rhode Island.

COUNSEL FOR APPELLANT:

Robert D. Wieck, Esq. #1739
Attorney Denean M. Russo #5043
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, Rhode Island 02903
(401) 454-8700

COUNSEL FOR APPELLEE:

Andrew S. Richardson, Esq. #2608
Steven J. Boyajian, Esq.
Boyajian Harrington & Richardson
182 Waterman Street
Providence, Rhode Island 02906
(401) 273-9600

BY: /s/ Denean M. Russo
Attorney Denean M. Russo #5043

Dated: October 15, 2007

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within Appeal Election Form was served by electronic mail through the Bankruptcy Court's Electronic Case Filing system on the 15th day of October, 2007, to the following counsel:

Andrew S. Richardson, Esq.
Steven J. Boyajian, Esq.
Boyajian Harrington & Richardson
andy@bhrlaw.com
steve@bhrlaw.com

Leonard J. DePasquale, Esq.
Assistant United States Trustee
ustpregion01.pr.ecf@usdoj.gov

Joseph P. Ferrucci, Esq.
Ferrucci Russo P.C.
jferrucci@frlawri.com

I hereby certify that on this 15th day of October 2007, a true copy of the within Appeal Election Form was forwarded via first class mail, postage prepaid, to the following:

Carol Ann Slocum
Klehr Harrison Harvey Branzburg & Ellers
457 Haddonfield Road Suite 510
Cherry Hill, NJ 08002-2220

/s/ Denean M. Russo

G:\Bank Rhode Island\Pawtuxet Valley Prescription & Surgical Center, Inc\Bankruptcy Pleadings\Appeal Election Form - Cash Collateral Order 101007.doc