DLM

Form B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

CA 07 390 S

1. BK. #07-11767 [CA] #

2. Title of Bankruptcy Case Pawtuxet Valley Prescription & Surgical Center, Inc.

3. Appellant: Bank Rhode Island

   Name & Address of Counsel for Appellant:

   Denean M. Russo, Esq.

   Robert D. Wieck, Esq.

   101 Dyer Street, Suite 400

   Providence, RI 02903

4. Appellee: Pawtuxet Valley Prescription & Surgical Center, Inc.

   Name & Address of Counsel for Appellee(s):

   Andrew S. Richardson, Esq.

   Steven J. Boyajian, Esq.

   182 Waterman Street

   Providence, RI 02906

5. Additional Counsel:

   Office of the U. S. Trustee, 10 Dorrance Street, Providence, RI 02903 (401) 528-5551

6. Related Case(s) on Appeal: Yes______ No XXXX

7. Special Comments:

Form A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 07 390S

- - - - - - - - - - - - - - - - -*
In re: :

Pawtuxet Valley Prescription &
Surgical Center, Inc. :
Debtor
:

- - - - - - - - - - - - - - - - -*

BK No. 07-11767

Chapter 11

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

**XXX** Appeal Coversheet

**XXX** The Notice of Appeal and Appellant's Election Form

**XXX** Copy of Bankruptcy Court Order dated 10/5/07

**XXX** Certified Copy of docket.

____ Other____________________________________________

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on October 25, 2007. The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 10/16/07

By: jld
Deputy Clerk