**APPEAL, HoldClosing, PlnDue**

**United States Bankruptcy Court**
**District of Rhode Island (Providence)**
**Bankruptcy Petition #: 1:07-bk-11767**

*Assigned to:* Judge Arthur N. Votolato
Chapter 11
Voluntary
No asset

*Date Filed:* 09/04/2007

CA 07 390 S

***Debtor***
**Pawtuxet Valley Prescription & Surgical Center, Inc.**
59 Sandy Bottom Rd
Coventry, RI 02816-5863
Tax id: 05-0387119

represented by **Andrew S. Richardson**
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600
Email: andy@bhrlaw.com

**Steven J. Boyajian**
Boyajian Harrington and Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600
Fax : 273-9605
Email: steve@bhrlaw.com

***U.S. Trustee***
**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551

Attest a True Copy
Susan M. Thurston
Clerk
By S. Davis
Deputy Clerk

| Filing Date | # | Docket Text |
|---|---|---|
| 09/04/2007 | 1 | Chapter 11 Voluntary Petition . Fee Amount $1039 Filed by Pawtuxet Valley Prescription Government Proof of Claim due by 03/3/2008.Declaration re: Electronic Filing, Form P.3 Due By: 09/19/2007. (Richardson, Andrew) Modified on 9/4/2007 (Venuti, Jody). (Entered: 09/04/2007) |
| 09/04/2007 | | Receipt of filing fee for Voluntary Petition (Chapter 11)(1:07-bk-11767) [misc,volp11a] (1039.00). Receipt number 661254, amount $1039.00. (U.S. Treasury) (Entered: 09/04/2007) |

| | | |
|---|---|---|
| 09/04/2007 | 2 | Exhibit *A to Voluntary Petition* Filed by Debtor Pawtuxet Valley Prescription (related document(s)1 Voluntary Petition (Chapter 11), Voluntary Petition (Chapter 11) filed by Debtor Pawtuxet Valley Prescription). (Richardson, Andrew) (Entered: 09/04/2007) |
| 09/04/2007 | 3 | Document--(Certificate of Corporate Resolution) Filed by Debtor Pawtuxet Valley Prescription (related document(s)1 Voluntary Petition (Chapter 11), Voluntary Petition (Chapter 11) filed by Debtor Pawtuxet Valley Prescription). (Richardson, Andrew) (Entered: 09/04/2007) |
| 09/04/2007 | 4 | Application to Employ Andrew S. Richardson as Attorney Filed by Debtor Pawtuxet Valley Prescription. Declaration re: Electronic Filing, Form P.4 Due By: 9/19/2007. Objections to Motion Due: 9/17/2007. (Attachments: # 1 Affidavit of Andrew S. Richardson, Esq.) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) (Entered: 09/04/2007) |
| 09/04/2007 | 5 | Motion Pay Pre-Petition Payroll, Health Benefits, Employee Costs Reimbursements and Other Employee Benefits and to Honor Pre-Petition Vacation Benefits in the Ordinary Court of Business Filed by Debtor Pawtuxet Valley Prescription. Objections to Motion Due: 9/17/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) (Entered: 09/04/2007) |
| 09/04/2007 | 6 | Emergency Motion to Use Cash Collateral *and for Order Setting Procedures for Notice and Hearing* Filed by Debtor Pawtuxet Valley Prescription. Objections to Motion Due: 9/17/2007. (Attachments: # 1 Memorandum of Law # 2 Proposed Order) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3). (Richardson, Andrew) (Entered: 09/04/2007) |
| 09/04/2007 | 7 | Emergency Motion to Expedite Hearing Filed by Debtor Pawtuxet Valley Prescription (related document(s)5 Generic Motion, filed by Debtor Pawtuxet Valley Prescription, 6 Motion to Use Cash Collateral, filed by Debtor Pawtuxet Valley Prescription). Objections to Motion Due: 9/11/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) (Entered: 09/04/2007) |
| 09/04/2007 | 8 | Hearing Set (re: 7 Motion to Expedite Hearing, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc., 6 Motion to |

| | | |
|---|---|---|
| | | Use Cash Collateral, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc., 5 Emergency Motion to Pay Pre-Petition Payroll filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). Hearing scheduled for 9/5/2007 at 11:30 AM at 6th Floor Courtroom. Parties called. (DAgostino, Holly) (Entered: 09/04/2007) |
| 09/04/2007 | 9 | Notice of Appearance and Request for Notice Filed by Denean M. Russo on behalf of Bank Rhode Island. (Russo, Denean) (Entered: 09/04/2007) |
| 09/04/2007 | 10 | Certificate of Service Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. (related document(s)5 Generic Motion, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc., [8] Hearing,, 7 Motion to Expedite Hearing, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc., 6 Motion to Use Cash Collateral, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). (Richardson, Andrew) (Entered: 09/04/2007) |
| 09/05/2007 | | Hearing Held (related document(s) 5 Motion to Pay Pre-Petition Payroll, Health Benefits, Employee Costs Reimbursements and Other Employee Benefits and to Honor Pre-Petition Vacation Benefits in the Ordinary Court of Business filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc., 6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc., 7 Motion to Expedite Hearing filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). APPEARANCES: Richardson, Wieck, Slocum, Ferrucci, Nicholls. Details given by Richardson regarding prescription drugs and in-home patient services. There are 6 loans with Bank RI -- 4 term and 2 line of credit. Amerisource is the largest unsecured creditor, but there is some dispute as to the unsecured status. Richardson says there is an agreement to a 2-week cash collateral order. Wieck agrees to two weeks but states that he beliees the debtor's information regarding the state of the business is not reliable. Statements by Richardson in support of the Motion to Pay Pre-Petition Payroll. The UST has no objection. Order to enter on pre-petition payrool. Court continues matter on cash collateral to start Monday, 9/17/07, at 2:00 p.m. and continue to the Tuesday, 9/18/07 at 11:00 a.m. and then to Wednesday, 9/19/07 at 10:00 a.m. A Joint Pre-Trial Order is due on 9/14/07 at Noon. (Spaight, Linda) (Entered: 09/06/2007) |
| 09/06/2007 | 11 | Order Granting (related document(s)5 Motion Pay Pre-Petition Payroll, Health Benefits, Employee Costs Reimbursements and Other Employee Benefits and to Honor Pre-Petition Vacation Benefits in the Ordinary Court of Business). (Spaight, Linda) (Entered: 09/06/2007) |
| | | |

| | | |
|---|---|---|
| 09/06/2007 | 12 | Hearing Held and Continued (re: 6 Emergency Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). Hearing continued to 9/17/2007 at 02:00 PM at 6th Floor Courtroom. (Spaight, Linda) (Entered: 09/06/2007) |
| 09/06/2007 | | Joint Pre-Trial Order Deadline re(6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). Joint Pre-Trial Order Due by: 9/14/2007 at NOON. (Spaight, Linda) (Entered: 09/06/2007) |
| 09/06/2007 | 13 | Order Granting (Related Doc # 7) Emergency Motion to Expedite Hearing. (Spaight, Linda) (Entered: 09/06/2007) |
| 09/06/2007 | | Attorney Robert D. Wieck for Bank Rhode Island (Creditor) added to case. (See hearing held 9/5/07). (Spaight, Linda) (Entered: 09/06/2007) |
| 09/06/2007 | 14 | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition (Chapter 11), Voluntary Petition (Chapter 11) filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents Due By: 9/19/2007. (Spaight, Linda) (Entered: 09/06/2007) |
| 09/06/2007 | | Judge Arthur N. Votolato added to case (DAgostino, Holly) (Entered: 09/06/2007) |
| 09/06/2007 | 15 | Chapter 11 Order and Notice. Section 105 Status hearing to be held on 10/18/2007 at 10:00 AM at 6th Floor Courtroom. Status Check re: Scheduling of 341 Meeting: 9/26/2007. (Spaight, Linda) (Entered: 09/06/2007) |
| 09/07/2007 | 16 | Declaration Re: Electronic Filing (related document(s)4 Application to Employ filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). (Spaight, Linda) (Entered: 09/07/2007) |
| 09/07/2007 | 17 | Declaration Re: Electronic Filing (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). (Spaight, Linda) (Entered: 09/07/2007) |
| 09/08/2007 | 18 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 13 Order on Motion to Expedite Hearing) Service Date 09/08/2007. (Admin.) (Entered: 09/09/2007) |
| 09/08/2007 | 19 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 15 Chapter 11 and Notice) Service Date 09/08/2007. (Admin.) |

| | | |
|---|---|---|
| | | (Entered: 09/09/2007) |
| 09/08/2007 | 20 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 14 Notice of Missing Documents, ) Service Date 09/08/2007. (Admin.) (Entered: 09/09/2007) |
| 09/08/2007 | 21 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 12 Hearing) Service Date 09/08/2007. (Admin.) (Entered: 09/09/2007) |
| 09/08/2007 | 22 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 11 Generic Order) Service Date 09/08/2007. (Admin.) (Entered: 09/09/2007) |
| 09/10/2007 | 23 | Notice of Appearance and Request for Notice Filed by Steven J. Boyajian on behalf of Pawtuxet Valley Prescription & Surgical Center, Inc. (Spaight, Linda) (Entered: 09/10/2007) |
| 09/11/2007 | 24 | Proposed Order After Hearing *for Use of Cash Collateral* Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. (related document(s)6 Motion to Use Cash Collateral, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). Status Deadline Re: Proposed Order: 9/18/2007. (Boyajian, Steven) (Entered: 09/11/2007) |
| 09/12/2007 | 25 | Motion to Compel BankRI to Produce Documents in connection with Motion to Use Cash Collateral Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.. Objections to Motion Due: 9/25/2007. (Attachments: # 1 Memorandum of Law Support of Motion to Compel) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) (Entered: 09/12/2007) |
| 09/12/2007 | 26 | Motion to Expedite Hearing Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. (related document(s)25 Motion to Compel, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). Objections to Motion Due: 9/19/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2 (e)(3).(Richardson, Andrew) (Entered: 09/12/2007) |
| 09/12/2007 | 27 | Objection Filed by Creditor Bank Rhode Island re 25 Motion to Compel, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). (Attachments: # 1 Exhibit A) (Russo, Denean) (Entered: 09/12/2007) |
| | | |

| | | |
|---|---|---|
| 09/12/2007 | 28 | Order Granting (Related Doc # 25) Debtor's Motion To Compel BankRI to Produce Documents in connection with Motion to Use Cash Collateral. *BankRI is to produce the documents by 3:00 p.m. on 9/13/07. **See order for details. (Spaight, Linda) (Entered: 09/12/2007) |
| 09/12/2007 | 29 | Order Mooting (Related Doc # 26) Motion Expedite Hearing. (Spaight, Linda) (Entered: 09/12/2007) |
| 09/14/2007 | 30 | Joint Pre-Trial Order Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc and Bank Rhode Island. (related document(s)6 Motion to Use Cash Collateral, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). (Boyajian, Steven) Modified party filers on 9/17/2007 (Spaight, Linda). (Entered: 09/14/2007) |
| 09/14/2007 | 33 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 29 Order on Motion to Expedite Hearing) Service Date 09/14/2007. (Admin.) (Entered: 09/19/2007) |
| 09/14/2007 | 34 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 28 Order on Motion to Compel, ) Service Date 09/14/2007. (Admin.) (Entered: 09/19/2007) |
| 09/17/2007 | | ECF Corrective Entry - added Bank Rhode Island as a party filer -- (related document(s)30 Joint Pre-Trial Order, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc., Creditor Bank Rhode Island). (Spaight, Linda) (Entered: 09/17/2007) |
| 09/17/2007 | 31 | Hearing Held and Continued re: 6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. APPEARANCES: Richardson, Steve Boyajian, Wieck, Ferrucci. Court held an initial conference off the record in Chambers. Parties discussed scheduling and a discovery issue. Richardson will submit a proposed order requiring the Debtor to turn over certain documents to Wieck. Parties left Chambers and trial started. Richardson called:(1) Mark Gilmore- Mr. Gilmore was sworn. Debtor's Exhibit 1 is full. Wieck started cross-examination. Court continued the matter to 9/18 at 11:30 A.M at 6th Floor Courtroom. (Spaight, Linda) (Entered: 09/18/2007) |
| 09/19/2007 | 32 | Hearing Held and Continued re: 6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. APPEARANCES: Wieck, Mulhearn, Richardson & Steve Boyjaian. Wieck continued cross of Mark Gilmore. Matter continued to 9/19 at 10:30 A.M. (Spaight, Linda) Modified/added text on 9/19/2007. (Spaight, Linda). (Entered: 09/19/2007) |
| 09/19/2007 | 35 | Motion to Extend Time until October 3, 2007 to To submit |

| | | |
|---|---|---|
| | | bankruptcy schedules and Statement of Financial Affairs Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. (related document(s)14 Notice of Missing Documents, ). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2 (e)(3).(Boyajian, Steven) (Entered: 09/19/2007) |
| 09/19/2007 | 36 | Hearing Held and Continued re: 6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. APPEARANCES: Wieck, Ferrucci, Richardson, Boyajian. Wieck Continued Cross of Gilmore. Wieck offered exhibits 1, 2, 3, 4, 5, 6, 10, 11, 12, 13, 15, 16, & 17. Richardson objected to 4, 15, 16, &17. Court sustained the objections. Remainder of exhibits are full. Richardson re-directed Gilmore. Re-cross by Wieck. Richardson Calls Manual C. Ponte. Debtor's Exhibit 3 is marked. Cross by Wieck. Matter continued to Friday 9/21 at 1:00 P.M.. (Spaight, Linda) (Entered: 09/19/2007) |
| 09/20/2007 | 37 | Notice of Appearance and Request for Notice Filed by Joseph P. Ferrucci on behalf of AmerisourceBergen Drug Corporation. (Ferrucci, Joseph) (Entered: 09/20/2007) |
| 09/20/2007 | 39 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 31 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 09/20/2007. (Admin.) (Entered: 09/21/2007) |
| 09/21/2007 | 38 | Notice to the Court *Scheduling Section 341 Meeting of Creditors for October 12, 2007 at 2:00 p.m.* Filed by Leonard DePasquale. (Nicholls, Sandra) (Entered: 09/21/2007) |
| 09/21/2007 | 41 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 36 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 09/21/2007. (Admin.) (Entered: 09/24/2007) |
| 09/21/2007 | 42 | Hearing Held and Continued re: 6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. APPEARANCES: Wieck, Ferrucci, Richardson & Boyajian. Wieck continues cross of Ponte. Re-direct Richardson. Recross Wieck. Richardson Rests. Wieck Calls: Patricia Pothier. Wieck Moves Ex. 19 Full. No objection, Exhibit is allowed as Full. Wieck continues exam of Pothier. Wieck Moves Ex. 20 Full. No objection, Exhibit is allowed as Full. Cross Exam by Richardson. Re-Direct by Wieck. Wieck Calls Lori Webber. Wieck Moves Ex. 15 Full. No objection, Exhibit is allowed as Full. Wieck continues exam of Webber. Wieck Moves Ex. 16 Full. No objection, Exhibit is allowed as Full. Wieck continues exam of Webber. Wieck Moves Ex. 17 Full. No objection, Exhibit is allowed as Full. Wieck continues exam of Webber. Cross by Richardson. Both sides Rest. Final Argument by Richardson and |

| | | |
|---|---|---|
| | | Wieck. Court issued a Bench Decision allowing the use of cash collateral until 10/1. Court will have a continued hearing on 10/1 at 10:00 A.M. Court asked the parties to confer to agree on the terms of an order. Parties could not agree and Court held a Chambers conference. After conference, a limit of $150,000 was set on use of cash collateral for the period. Richardson to submit an order. (Spaight, Linda) (Entered: 09/24/2007) |
| 09/24/2007 | 40 | Meeting of Creditors 341(a) meeting to be held on 10/12/2007 at 02:00 PM at The Federal Center. Proof of Claims due by: 12/11/2007. (Spaight, Linda) (Entered: 09/24/2007) |
| 09/24/2007 | | Judge's Order Requesting Position From Creditors AmerisourceBergen Drug Corporation, Bank Rhode Island and U.S. Trustee (re: 35 Motion to Extend Time until 10/3/07 to File Schedules and Statements filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.) (TEXT ONLY) Due by: 10/1/2007. (Spaight, Linda) (Entered: 09/24/2007) |
| 09/25/2007 | | An Order Is Due To Be Filed By Andrew Richardson (related document(s)6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). (See hearing held 9/21/07). Proposed Order Due by: 9/27/2007. (Spaight, Linda) (Entered: 09/25/2007) |
| 09/25/2007 | 43 | Proposed Order After Hearing *on Motion to Use Cash Collateral* Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. (related document(s)6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). Status Deadline Re: Proposed Order: 10/2/2007. (Boyajian, Steven) Modified linkage on 9/27/2007 (Spaight, Linda). (Entered: 09/25/2007) |
| 09/25/2007 | 44 | Motion to Appear Pro Hac Vice.. Filed by Creditor AmerisourceBergen Drug Corporation. FEE DUE By: 10/1/2007. (Attachments: # 1 Affidavit Attorney Certification in Support of Motion for Admission Pro Hac Vice) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Ferrucci, Joseph) (Entered: 09/25/2007) |
| 09/26/2007 | | Consent Filed by U.S. Trustee Leonard DePasquale re 35 Motion to Extend Time, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). (Nicholls, Sandra) (Entered: 09/26/2007) |
| 09/26/2007 | 45 | Certificate of Service *regarding Creditor Matrix* Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. (related document(s)40 341(a) Notice) served on creditors at better addresses. |

| | | |
|---|---|---|
| | | (Boyajian, Steven) Modified linkage on 9/27/2007 (Spaight, Linda). (Entered: 09/26/2007) |
| 09/26/2007 | 48 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 42 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 09/26/2007. (Admin.) (Entered: 09/28/2007) |
| 09/26/2007 | 49 | BNC Certificate of Mailing - Meeting of Creditors. Service Date 09/26/2007. (Admin.) (Entered: 09/28/2007) |
| 09/27/2007 | | ECF Corrective Entry- Document was linked incorrectly. Linkage created to correct relationship. (related document(s)45 Certificate of Service filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). (Spaight, Linda) (Entered: 09/27/2007) |
| 09/27/2007 | 46 | Order re: (related document(s)6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). *Use of cash collateral authorized through 10/1/07.* See order for details. (Spaight, Linda) (Entered: 09/27/2007) |
| 09/27/2007 | 47 | Certificate of Service *regarding addition of UPS on creditor matrix* Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. (related document(s)40 Meeting of Creditors Chapter 11 & 12). (Boyajian, Steven) (Entered: 09/27/2007) |
| 09/28/2007 | 50 | Order Striking, Without Prejudice, Defective Document 47 Certificate of Service filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. . **Wrong event used. Correct event is 'Amended Matrix'.** (Spaight, Linda) (Entered: 09/28/2007) |
| 09/28/2007 | 51 | Amended Matrix Fee Amount $26 Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.. (Boyajian, Steven) (Entered: 09/28/2007) |
| 09/28/2007 | | Receipt of filing fee for Amended Matrix(1:07-bk-11767) [misc,amdmtx] ( 26.00). Receipt number 675819, amount $ 26.00. (U.S. Treasury) (Entered: 09/28/2007) |
| 09/28/2007 | 52 | Receipt of filing fee Receipt Number 228011, Fee Amount $50.00 re 44 Motion to Appear Pro Hac Vice. (Davis, Jennifer) (Entered: 09/28/2007) |
| 09/29/2007 | 53 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 46 Conditional Order) Service Date 09/29/2007. (Admin.) (Entered: 09/30/2007) |
| | | |

| | | |
|---|---|---|
| 09/30/2007 | 54 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 50 Order Striking) Service Date 09/30/2007. (Admin.) (Entered: 10/01/2007) |
| 10/01/2007 | | Hearing Not Held (re: 6 Emergency Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.) -- to be rescheduled. (Davis, Jennifer) (Entered: 10/01/2007) |
| 10/01/2007 | 55 | Hearing rescheduled re: 6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). Hearing scheduled for 10/4/2007 at 02:00 PM at 6th Floor Courtroom. (Davis, Jennifer) (Entered: 10/01/2007) |
| 10/03/2007 | 56 | Order Granting Motion to Extend Time to: 10/3/07 to file remaining bankruptcy schedules (Related Doc # 35) . Updated Deadline Due By: 10/3/2007. (See 14 Notice of Missing Documents) (Davis, Jennifer) (Entered: 10/03/2007) |
| 10/03/2007 | | Attorney Carol Ann Slocum for AmerisourceBergen Drug Corporation (Creditor) added to case (Davis, Jennifer) (Entered: 10/03/2007) |
| 10/03/2007 | 57 | Order Granting Motion of Carol Ann Slocum to Appear pro hac vice (Related Doc # 44). Local Counsel: Joseph P. Ferrucci, Esq. (Davis, Jennifer) (Entered: 10/03/2007) |
| 10/03/2007 | 58 | Motion to Extend Time until 10/11/07 to File Schedules and Statements Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. (related document(s)35 Motion to Extend Time, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc., 56 Order on Motion to Extend Time, 14 Notice of Missing Documents, ). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Boyajian, Steven) (Entered: 10/03/2007) |
| 10/03/2007 | 59 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 55 Hearing) Service Date 10/03/2007. (Admin.) (Entered: 10/04/2007) |
| 10/04/2007 | | Hearing Held (related document(s)6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). APPEARANCES: Stephen Boyajian, Robert Wieck, Andrew Richardson. Boyajian called Samuel Shapiro. Cross by Wieck. Richardson re-called Mark Gilmore. Cross by Wieck. Court interrupted exam and called a Chambers Conference to discuss scheduling of continued hearing given the late hour. After the conference, Court took the matter of Debtor's use of Cash Collateral u/a and indicated it would contact the parties on 10/5 with an order |

| | | |
|---|---|---|
| | | and/or information on a continued hearing. (Davis, Jennifer) Modified hearing date on 10/5/2007 (Davis, Jennifer). (Entered: 10/05/2007) |
| 10/05/2007 | 60 | Conditional Order Allowing Use of Cash Collateral for 60 days re: (related document(s)6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). (See Order for full details) (Davis, Jennifer) (Entered: 10/05/2007) |
| 10/05/2007 | 61 | Status Hearing Set (re 60 Order re 6 Motion to Use Cash Collateral filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). Status hearing to be held on 11/7/2007 at 10:00 AM at 6th Floor Courtroom. (Davis, Jennifer) (Entered: 10/05/2007) |
| 10/05/2007 | 62 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 56 Order on Motion to Extend Time) Service Date 10/05/2007. (Admin.) (Entered: 10/06/2007) |
| 10/05/2007 | 63 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 57 Order on Motion to Appear pro hac vice) Service Date 10/05/2007. (Admin.) (Entered: 10/06/2007) |
| 10/07/2007 | 64 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 61 Hearing (Bk)) Service Date 10/07/2007. (Admin.) (Entered: 10/08/2007) |
| 10/07/2007 | 65 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 60 Conditional Order) Service Date 10/07/2007. (Admin.) (Entered: 10/08/2007) |
| 10/08/2007 | 66 | Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.. Objections to Motion Due: 10/22/2007. (Attachments: # 1 Memorandum of Law) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3). (Richardson, Andrew) (Entered: 10/08/2007) |
| 10/08/2007 | 67 | Motion to Shorten Time to October 15, 2007 to object to the Debtor's Motion to Obtain Postpetition Credit on a Secured Basis Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.. Objections to Motion Due: 10/15/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3). (Richardson, Andrew) (Entered: 10/08/2007) |
| 10/09/2007 | | Objection/Response Deadline (related document:66 Motion for Authority to Obtain Credit Under Section 364 filed by Debtor |

| | | |
|---|---|---|
| | | Pawtuxet Valley Prescription & Surgical Center, Inc.) Objections to Motion Due: 10/15/2007. **Motion to Shorten Time pending** (Davis, Jennifer) (Entered: 10/09/2007) |
| 10/09/2007 | 68 | Exhibit *to Memorandum in Support of Motion for Authority to Obtain Credit Under Section 364* Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. (related document(s)66 Motion for Authority to Obtain Credit Under Section 364, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). (Richardson, Andrew) (Entered: 10/09/2007) |
| 10/09/2007 | 69 | Order Granting Motion to Extend Time to: 10/10/07 to file remaining schedules (Related Doc # 58) . Updated Deadline Due By: 10/10/2007. (See 14 Notice of Missing Document) (Davis, Jennifer) (Entered: 10/09/2007) |
| 10/10/2007 | 70 | Objection Filed by Creditor Bank Rhode Island re 67 Motion to Shorten Time, filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). (Russo, Denean) (Entered: 10/10/2007) |
| 10/10/2007 | 71 | Motion to Extend Time until October 11, 2007 to to File Schedules and Statement of Financial Affairs Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc. (related document(s)14 Notice of Missing Documents,, 69 Order on Motion to Extend Time). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Boyajian, Steven) (Entered: 10/10/2007) |
| 10/11/2007 | 72 | Telephonic Hearing Set (re: 67 Motion to Shorten Time filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc., 70 Objection filed by Creditor Bank Rhode Island). Telephonic Hearing scheduled for 10/11/2007 at 10:30 AM -- parties to receive telephonic notice of this hearing. (Spaight, Linda) (Entered: 10/11/2007) |
| 10/11/2007 | | Telephonic Hearing Held (related document(s)67 Motion to Shorten Time filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc., 70 Objection filed by Creditor Bank Rhode Island). APPEARANCES: Wieck, Richardson, Nichols. Court heard from Wieck and Richardson. After arguments, the Court granted the motion to shorten time to 10/17. The Motion to obtain financing will be heard on 10/18 at 11:00 AM. (Spaight, Linda) (Entered: 10/11/2007) |
| 10/11/2007 | 73 | Order Granting (Related Doc # 71) Debtor's Motion to Extend Time to: 10/11/07 to file schedules. Updated Deadline Set - Due By: 10/11/2007. (Spaight, Linda) (Entered: 10/11/2007) |
| 10/11/2007 | 74 | Missing Document(s) Filed: Schedule A, Schedule B, Schedule C, |

| | | |
|---|---|---|
| | | Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Schedule J, Summary of Schedules Declaration Concerning Debtors Schedules, Stmt of Financial Affairs, Disclosure of Atty Compensation, Ch. 11 20 Largest Unsecured Creditors, re: Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.. (Attachments: # 1 Exhibit to Question #3(b) of Statement of Financial Affairs# 2 Exhibit to Question 3(c) of Statement of Financial Affairs) (Boyajian, Steven) (Entered: 10/11/2007) |
| 10/11/2007 | 75 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 69 Order on Motion to Extend Time) Service Date 10/11/2007. (Admin.) (Entered: 10/12/2007) |
| 10/12/2007 | 76 | Hearing Set (re: 66 Motion for Authority to Obtain Credit Under Section 364 filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.). Hearing scheduled for 10/18/2007 at 11:00 AM at 6th Floor Courtroom. (*this hearing date was set at the telephonic hearing that took place on 10/11/07) (Spaight, Linda) (Entered: 10/12/2007) |
| 10/12/2007 | | First Meeting Held. Meeting Held and Adjourned Filed by U.S. Trustee Leonard DePasquale (related document(s)40 Meeting of Creditors Chapter 11 & 12). (Nicholls, Sandra) (Entered: 10/12/2007) |
| 10/13/2007 | 77 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 73 Order on Motion to Extend Time) Service Date 10/13/2007. (Admin.) (Entered: 10/14/2007) |
| 10/13/2007 | 78 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 72 Hearing, ) Service Date 10/13/2007. (Admin.) (Entered: 10/14/2007) |
| 10/14/2007 | 79 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 76 Hearing, ) Service Date 10/14/2007. (Admin.) (Entered: 10/15/2007) |
| 10/15/2007 | 80 | Notice of Appeal *of Cash Collateral Order*. Fee Amount $;255 Filed by Denean M. Russo on behalf of Bank Rhode Island (related document(s)60 Conditional Order). Appellant Designation due by: 10/25/2007. (Russo, Denean) (Entered: 10/15/2007) |
| 10/15/2007 | | Receipt of filing fee for Notice of Appeal(1:07-bk-11767) [appeal,ntcapl] ( 255.00). Receipt number 684734, amount $ 255.00. (U.S. Treasury) (Entered: 10/15/2007) |
| 10/15/2007 | 81 | BAP Opt-Out Notice (related document(s)80 Notice of Appeal filed by Creditor Bank Rhode Island). Filed by Denean M. Russo on behalf of Bank Rhode Island (related document(s)80 Notice of Appeal filed |

| | | |
|---|---|---|
| | | by Creditor Bank Rhode Island). (Russo, Denean) (Entered: 10/15/2007) |
| 10/16/2007 | 82 | Application to Employ Samuel Shapiro as Appraiser Filed by Debtor Pawtuxet Valley Prescription & Surgical Center, Inc.. Declaration re: Electronic Filing, Form P.4 Due By: 10/31/2007. Objections to Motion Due: 10/29/2007. (Attachments: # 1 Affidavit of Samuel Shapiro, Appraiser) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Boyajian, Steven) (Entered: 10/16/2007) |
| 10/16/2007 | 83 | Court Notice (related document(s)80 Notice of Appeal filed by Creditor Bank Rhode Island). (Davis, Jennifer) (Entered: 10/16/2007) |
| 10/16/2007 | 84 | Court Notice ***Appeal sent to District Court*** (related document (s)80 Notice of Appeal filed by Creditor Bank Rhode Island). (Davis, Jennifer) (Entered: 10/16/2007) |