**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BANK RHODE ISLAND,<br>Appellant-Creditor,<br><br>vs.<br><br>PAWTUXET VALLEY PRESCRIPTION<br>& SURGICAL CENTER, INC.,<br>Appellee-Debtor. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No. 07-390S**<br><br>(Bk. No. 07-1767; Chapter 11) |

**MOTION FOR AN ENLARGEMENT OF TIME**

NOW COMES appellant-secured creditor, Bank Rhode Island ("Bank"), pursuant to Federal Rule of Bankruptcy Procedure 8011 and 9006(b)(1), and hereby moves this Honorable Court for the entry of an Order enlarging the time for the completion and filing of the Bank's opening brief to and including **December 14, 2007**. For grounds, the Bank represents as follows:

1. The Record on Appeal from the United States Bankruptcy Court for the District of Rhode Island was received by this Court and the matter was docketed on or about November 19, 2007.

2. On the afternoon of November 20, 2007, the parties received notice of the entry of the Order Regarding Briefing Schedule via this Court's electronic case filing system, which requires the Bank's opening brief to be filed within fifteen (15) days after the docketing of this matter (*i.e.*, on Tuesday, December 4, 2007). Thus, the original time period within which the Bank was to file its opening brief has not yet expired.

3. From November 21, 2007 through November 25, 2007, the undersigned counsel for the Bank was in the State of Pennsylvania for the Thanksgiving holiday weekend.

4. Counsels' other previously scheduled matters and a few new unanticipated matters will hinder the completion and filing of the Bank's opening brief by December 4, 2007.

5. Counsel for the Appellee-Debtor has indicated his assent to this request.

6. No additional request for an extension of time is anticipated.

Appellant:

BANK RHODE ISLAND
By its Attorneys,

/s/ Denean M. Russo
Robert D. Wieck, Esq. #1739
Attorney Denean M. Russo #5043
MacAdams Wieck DeLuca & Gemma Inc.
101 Dyer Street, Suite 400
Providence, Rhode Island 02903
(401) 454-8700
(401) 454-8755 (facsimile)
Dated: November 28, 2007

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within Motion to Enlarge was served by electronic mail through the Federal District Court's Electronic Case Filing system on the 28th day of November 2007, to the following counsel:

Andrew S. Richardson, Esq.
Steven J. Boyajian, Esq.
Boyajian Harrington & Richardson
andy@bhrlaw.com
steve@bhrlaw.com

Joseph P. Ferrucci, Esq.
Ferrucci Russo P.C.
jferrucci@frlawri.com

Leonard J. DePasquale, Esq.
Assistant United States Trustee
ustpregion01.pr.ecf@usdoj.gov

I hereby certify that on this 28th day of November 2007, a true copy of the within Motion to Enlarge was forwarded via first class mail, postage prepaid, to the following:

Carol Ann Slocum
Klehr Harrison Harvey Branzburg & Ellers
457 Haddonfield Road, Suite 510
Cherry Hill, NJ 08002-2220

/s/ Denean M. Russo