**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BANK RHODE ISLAND,
Appellant

vs. **C.A. No. 07-390S**

PAWTUXET VALLEY PRESCRIPTION
& SURGICAL CENTER, INC.,
Appellee

MOTION FOR AN ENLARGEMENT OF TIME

The appellee, Pawtuxet Valley Prescription & Surgical Center, Inc., moves, pursuant to Rules 8011(b) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, for an extension of time up to and including Tuesday, January 8, 2007 to file its opening brief in this appeal. In support of its motion, the appellee states as follows:

1. The appellee's brief is currently due on January 7, 2008 on account of previous extension of time of one week;

2. Although the appellee stated that it did not believe any further extension of time would be necessary in order to complete its brief, appellee's counsel has been occupied by a family emergency since January 4, 2008;

3. The small extension of time sought should not materially affect the progress of these proceedings;

4. Appellant's counsel has indicated that he has no objection to the extension of time sought; and

5. The appellee does not believe that any further extensions of time will be necessary.

In light of the foregoing, the appellee requests an extension of time up to and including Tuesday, January 8, 2007 to file its opening brief in this appeal.

PAWTUXET VALLEY PRESCRIPTION &
SURGICAL CENTER, INC.

By its Attorneys,

/s/ Steven J. Boyajian
Andrew S. Richardson (#2608)
Steven J. Boyajian (#7263)
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel. (401) 273-9600
Fax. (401) 273-9605

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2008 I electronically filed a Motion for an Enlargement of Time with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

• Steven J. Boyajian steve@bhrlaw.com, martha@bhrlaw.com
• Leonard DePasquale ustpregion01.pr.ecf@usdoj.gov
• Andrew S. Richardson andy@bhrlaw.com, jeannette@bhrlaw.com
• Denean M. Russo drusso@mwdglaw.com, mdaugherty@mwdglaw.com
• Robert D. Wieck rwieck@mwdglaw.com, mdaugherty@mwdglaw.com; drusso@mwdglaw.com

/s/ Susanne Kershaw