**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BANK RHODE ISLAND,<br>Appellant-Creditor,<br><br>vs.<br><br>PAWTUXET VALLEY PRESCRIPTION<br>& SURGICAL CENTER, INC.,<br>Appellee-Debtor. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No. 07-390S**<br><br>(Bk. No. 07-1767; Chapter 11) |

**MOTION FOR AN ENLARGEMENT OF TIME**

NOW COMES appellant-secured creditor, Bank Rhode Island ("Bank"), pursuant to Federal Rule of Bankruptcy Procedure 8011 and 9006(b)(1), and hereby moves this Honorable Court for the entry of an Order enlarging the time for the completion and filing of the Bank's reply brief to and including **Wednesday, January 23, 2008**. For grounds, the Bank represents as follows:

1. The Bank's reply brief is due on Friday, January 18, 2008. Thus, the original time period within which the Bank was to file its reply brief has not yet expired. The Bank requests a mere 5 additional calendar days to file its reply brief.

2. Counsels' other previously scheduled matters and a few new unanticipated matters have hindered the completion and filing of the Bank's reply brief by January 18, 2008.

3. Counsel for the Appellee-Debtor has indicated his assent to this request.

4. No additional request for an extension of time is anticipated.

Appellant:

BANK RHODE ISLAND
By its Attorneys,

/s/ Denean M. Russo
Robert D. Wieck, Esq. #1739
Attorney Denean M. Russo #5043
MacAdams Wieck DeLuca & Gemma Inc.
101 Dyer Street, Suite 400
Providence, Rhode Island 02903
(401) 454-8700
(401) 454-8755 (facsimile)
Dated: January 17, 2008

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within Motion to Enlarge was served by electronic mail through the Federal District Court's Electronic Case Filing system on the 17th day of January 2008, to the following counsel:

Andrew S. Richardson, Esq.
Steven J. Boyajian, Esq.
Boyajian Harrington & Richardson
andy@bhrlaw.com
steve@bhrlaw.com

Joseph P. Ferrucci, Esq.
Ferrucci Russo P.C.
jferrucci@frlawri.com

Leonard J. DePasquale, Esq.
Assistant United States Trustee
ustpregion01.pr.ecf@usdoj.gov

I hereby certify that on this 17th day of January 2008, a true copy of the within Motion to Enlarge was forwarded via first class mail, postage prepaid, to the following:

Carol Ann Slocum
Klehr Harrison Harvey Branzburg & Ellers
457 Haddonfield Road, Suite 510
Cherry Hill, NJ 08002-2220

/s/ Denean M. Russo